JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN S.E. VONSCLOBOHM,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF LOS ANGELES, et al.,<br><br>Defendants. | Case No. 2:18-cv-04527 JFW (ADS)<br><br><br><br>JUDGMENT |

Pursuant to the Court's Order Accepting the Report and Recommendation of United States Magistrate Judge and Dismissing Case IT IS HEREBY ADJUDGED that the above-captioned case is dismissed without prejudice for failure to prosecute the case and comply with court orders.

DATED: January 18, 2019

_____
THE HONORABLE JOHN F. WALTER
United States District Judge